UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAVU, INC.,

    Plaintiff,

    v.

OMNIPAK CORPORATION,

    Defendant.

Case No. C06-109RSL

ORDER GRANTING MOTION
TO FILE AN OVERLENGTH
MEMORANDUM

    This matter comes before the Court on defendant's motion to file an overlength motion for reconsideration. (Dkt. #45). Defendant asserts that it will need to address complicated legal and factual issues in its motion, which it cannot do in the six pages allotted by the Local Rule. The Court GRANTS the motion to file an overlength memorandum.

    However, defendant's motion, and its request to file a memorandum of 15 or more pages, suggest that it plans to reargue many of the same facts, argument, and authority considered in the motion for class certification. Instead, the motion should focus on arguing the existence of manifest error in the prior ruling or new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable

ORDER GRANTING MOTION - 1

1 diligence.  Defendant may file a twelve page motion for reconsideration that must
2 otherwise comply with Local Rule 7(h).

   DATED this 5th day of February, 2007.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION - 2