UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAVU, INC.,

    Plaintiff,

    v.

OMNIPAK CORPORATION,

    Defendant.

Case No. C06-109RSL

ORDER REGARDING MOTION
FOR SUMMARY JUDGMENT

This matter comes before the Court on plaintiff's motion for summary judgment (Dkt. #55). After plaintiff filed its motion, the parties notified the Court that they have negotiated a settlement agreement in this case, pending the Court's approval. Accordingly, plaintiff's pending motion for summary judgment is denied as moot. The Court will retain the motion papers, and plaintiff may subsequently file a notice to renote the motion if necessary.

DATED this 21st day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING MOTION
FOR SUMMARY JUDGMENT